

COUNSELORS AT LAW

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Diane Ferrone

January 11, 2021

**Via ECF**

Hon. Paul A. Crotty
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

1/27/2021
Ms. Dawn Cardi is re-appointed as
CJA counsel. SO ORDERED.

/s/ Paul A. Crotty

Re: <u>United States v. Karilie Herrera</u>, 17 Cr. 415 (PAC)

Your Honor:

    As Your Honor is aware, I represented Karilie Herrera in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. Ms. Herrera was sentenced by the Court on November 21, 2019 to a term of 120 months.

    Ms. Herrera is currently in state custody completing her previously imposed state sentence. She is due to be released from state custody in early February and sent to FCI Danbury. Ms. Herrera has asked if I can assist her in filing a motion for compassionate release.

    Thus, I write to respectfully request that I be re-appointed so that I may submit a CJA voucher for the work that will be performed in connection with Ms. Herrera's potential submissions to the Court for compassionate release pursuant to 18 U.S.C.§ 3582.

    I thank the Court for its attention to this matter.

Very truly yours,

/s/

Dawn M. Cardi

cc:    All Parties (via ECF)

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com