



CARDI & EDGAR LLP

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Robyn L. Enes
Joanna C. Kahan

Of counsel
Diane Ferrone

November 4, 2021

**Via ECF**

Hon. Paul A. Crotty
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*[handwritten: 4/9/2021 Request (1) Granted / So ordered. Paul A. Crotty USDJ]*

Re: <u>United States v. Karilie Herrera, et al.</u>, 17 Cr. 415 (PAC)

Your Honor:

I am CJA counsel to defendant Karilie Herrera. On October 4, 2021, Ms. Herrera filed a motion for a reduction in sentence. Yesterday, the government filed its opposition. I write to respectfully request that I be permitted to file a reply brief by November 29, 2021.

I thank the Court for its consideration of the instant application.

Very truly yours,

/s/

Dawn M. Cardi

cc:    All Parties (via ECF)

99 Madison Avenue, 8th Floor, New York, NY 10016  •  212.481.7770 TELEPHONE  •  212.271.0665 FACSIMILE  •  917.543.9993 CELL  •  cardiedgarlaw.com