UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
UNITED STATES OF AMERICA,

              *Plaintiff*,

          17 Cr. 415 (PAC)

     *- against -*          **ORDER**

KARILIE HERRERA,

              *Defendant*.
----------------------------------------x

      The Court is aware that one of the state convictions that contributed to the Defendant's criminal history status at sentencing has been vacated, and that this matter has been remanded and is currently ongoing in state court.

      The Court therefore **DENIES** without prejudice Defendant's motion for a reduction in sentencing, pending the resolution of her ongoing state proceedings. Defendant is directed to apprise the Court and the Government of all relevant details concerning the resolution of these proceedings within two weeks of a final disposition being reached.

      The Clerk of Court is directed to terminate the motion at ECF No. 78.

Dated: New York, New York        SO ORDERED
       November 30, 2021

                                                _____
                                                HONORABLE PAUL A. CROTTY
                                                United States District Judge