

COUNSELORS AT LAW

CARDI & EDGAR
LLP

Partners
Dawn M. Cardi
Chad L. Edgar

Associate
Joanna C. Kahan

Senior Counsel
Michelle M. Younger

Of counsel
Nina Epstein

December 28, 2023

**VIA ECF & EMAIL**

Honorable Paul A. Crotty
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *United States v. Karilie Herrera, et al.*, 17 Cr. 415 (PAC)

Dear Judge Crotty:

I represented defendant Karilie Herrera in the above-captioned proceeding.  I write respectfully to request that Ms. Herrera be permitted to travel to the Dominican Republic commencing on January 21, 2024 to February 13, 2024 in order to visit her parents and other family members.  Should the Court grant permission for this travel then Ms. Herrera will provide her flight and contact information to the Probation Office.  The Probation Office has no objection to this request for international travel.

In addition, the Probation Office has encouraged us respectfully to request that Ms. Herrera be permitted to travel, even internationally, subject only to the permission of the Probation Office.  In seeking this request, the Probation Office has conveyed to us that Ms. Herrera has remained in compliance with all of the conditions of her supervision: she has maintained a stable residence; reported as directed; has had no run-ins with the criminal-justice system; has tested negative for all controlled substances; participates in mandated treatment; and is gainfully employed.

We thank the Court in advance for its consideration of these requests.

Respectfully submitted,

/s/

Dawn M. Cardi

cc:   Jennifer Arango (via email)
      U.S. Probation

1/3/2024
The requests are granted. Permission to travel to
Dominican Republic from January 21 to February 13 is
granted. All further travel requests are subject of the
Probation Office. SO ORDERED. *Paul A. Crotty*

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com