

Partners
Dawn M. Cardi
Chad L. Edgar

Associate
Joanna C. Kahan

Senior Counsel
Michelle M. Younger

Of counsel
Nina Epstein

June 11, 2025

**VIA EMAIL**
Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Deputy Phone: (212) 805-0290
Courtroom: 618
Chambers Email: failla_nysdchambers@nysd.uscourts.gov
Chambers Phone: (212) 805-0290
Chambers Fax: (212) 805-7921

**MEMO ENDORSED**

      *Re:*    *1:17-CR-00415-2-KPF*
                    *USA v. Jaquez*
                    *Client: Karilie Herrera*

Dear Judge Failla:

    Between October 28, 2024 and February 7, 2025 my representation of Karilie Herrera continued with a petition to end supervised release. The case is USA v. Jaquez with docket number 1:17-CR-00415-2-KPF. This is a request for a formal appointment in this matter to support a CJA voucher.

    Your consideration is much appreciated.

                                                                           Respectfully requested,

                                                                           Dawn M. Cardi

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com

Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at docket entry 108.

Dated:     June 20, 2025           SO ORDERED.
           New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE